STEVEN M. WEISS, State Bar No. 197374
BAY AREA LEGAL AID
1735 Telegraph Ave.
Oakland, CA 94612
sweiss@baylegal.org
Phone:  (510) 663-4744 x5206
Fax:     (510) 663-4740

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Alzata Elaine Henderson,<br><br>     Plaintiff,<br><br>     v.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>     Defendant | CIVIL NO.  4:14-cv-02779-KAW<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR FIRST EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT OR REMAND |

   The parties hereto, by and through their undersigned attorneys, hereby stipulate that Plaintiff, Alzata Elaine Henderson, shall have an additional thirty days, through January 28, 2015, in which to file and serve a motion for summary judgment or remand in this action.  This is the first stipulation for extended time requested by Plaintiff in this matter and is necessary to allow Plaintiff sufficient time to review the record and draft the motion.

   The parties further stipulate that the Court's Procedural Order for Social Security Review Actions shall be modified accordingly.

STIPULATION AND PROPOSED ORDER FOR FIRST EXTENSION OF TIME FOR FILING MOTION
FOR SUMMARY JUDGMENT OR REMAND
4:14-cv-02779-KAW

1

| | | |
|---|---|---|
| 1 | Dated:   December15, 2014 | By:____/s/_____ |
| 2 | | Steven M. Weiss |
| 3 | | Attorney for Plaintiff |
| 5 | Dated: December 15, 2014 | By: _____/s/_ (as authorized via email DATE) |
| 6 | | Ann Lucille Maley |
| 7 | | Special Assistant United States Attorney |

9  [PROPOSED] ORDER:

10  PURSUANT TO THE STIPULATION, IT IS SO ORDERED

11              By: *Kandis Westmore* (signature)

12  Dated:  F gego dgt"37."4236         Hon. Kandis A. Westmore, United States Magistrate Judge

STIPULATION AND ~~PROPOSED~~ ORDER FOR FIRST EXTENSION OF TIME FOR FILING MOTION FOR SUMMARY JUDGMENT OR REMAND
4:14-cv-02779-KAW

2