UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALZATA ELAINE HENDERSON,

    Plaintiff,

  v.

CAROLYN W. COLVIN,

    Defendant.

Case No. 14-cv-02779-KAW

**ORDER VACATING 8/4/16 HEARING; ORDER REQUIRING DEFENDANT TO FILE A SURREPLY**

Plaintiff's motion for attorneys' fees under the Equal Access to Justice Act ("EAJA") is set for hearing on August 4, 2016. For the first time in her reply, Plaintiff seeks 7.0[1] hours billed in connection with the instant motion. (Pl.'s Reply, Dkt. No. 29 at 3-4.) While Plaintiff is entitled to recover fees in connection with making a fees motion under the EAJA, the failure to include the request in the initial moving papers deprived the Commissioner of the opportunity to argue for a reduction. Accordingly, the August 4, 2016 hearing is VACATED, and Defendant is ordered to file a surreply, within 7 days of this order, addressing only whether the 7.0 hours expended in connection with the collection of EAJA fees is reasonable. Failure to timely file a surreply will be treated as a non-opposition to this portion of the fee request.

Upon receipt of the surreply, the Court will determine whether a hearing is necessary or if the matter is suitable for disposition without oral argument pursuant to Civil Local Rule 7-1(b).

IT IS SO ORDERED.

Dated: July 29, 2016

                                        KANDIS A. WESTMORE
                                        United States Magistrate Judge

---

[1] Plaintiff miscalculated the number of hours as 8.0. (Pl.'s Reply at 3.)